UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW ENGLAND BIOLABS, INC.,

Petitioner,

-against-

TD SECURITIES (USA), LLC,

Respondent.

Case No. 1:26-mc-00112 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The parties shall appear before the Court on **April 7, 2026**, at **2:30 p.m.** for a virtual hearing to address the pending motion to compel at Dkt. 1.  Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2(B) and will receive Microsoft Teams log-in credentials at the email addresses provided.  The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 500 732 723#

Dated:  March 27, 2026
         New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge