UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW ENGLAND BIOLABS, INC.,

                Petitioner,

-against-

TD SECURITIES (USA), LLC,

                Respondent.

Case No. 1:26-mc-00112 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record during the conference on April 7, 2026, Petitioner's motion to compel is GRANTED. Respondent is ordered to turn over documents within 7 days of this Order.

The motion to seal is GRANTED in part and DENIED in part. The documents at Dkts. 5, 6, 6-1, 6-2, 6-3, 6-4, and 7 shall be unsealed, but the document at Dkt. 6-5 shall remain under seal.

The Clerk of the Court is respectfully directed to terminate all open motions, unseal the documents contained at Dkts. 5, 6, 6-1, 6-2, 6-3, 6-4, and 7, and close the case.

Dated: April 7, 2026
       New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge